Submitted on record and briefs January 4, reversed and remanded in part; otherwise affirmed February 13, 2002

### TERRY DEAN THOMPSON,
*Appellant,*

*v.*

### Robert O. LAMPERT,
Superintendent,
Snake River Correctional Institution,
*Respondent.*

### 00-03-137-M; A110856

40 P3d 560

Bob Pangburn filed the brief for appellant.

Timothy A. Sylwester, Assistant Attorney General, filed the brief for respondent. With him on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Edmonds, Presiding Judge, and Armstrong and Kistler, Judges.

PER CURIAM

Judgment imposing obligation to repay court-appointed attorney fees reversed and remanded; otherwise affirmed. *Bacote v. Johnson*, 333 Or 28, 35 P3d 1019 (2001).